**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TANESHA MARTIN,

        Plaintiff,

v.                                           Case No:   6:25-cv-1539-WWB-LHP

FAMU LAW, KARA CONSALO,
JONATHAN FINEMAN and
DEBORAH HOLMES,

        Defendants

---

**ORDER**
(And Direction to Clerk of Court)

      This cause came on for consideration on review of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which has been construed as a motion to proceed *in forma pauperis*.  Doc. No. 2.  Upon review, the motion contains the full names of minor children, which does not comply with Federal Rule of Civil Procedure 5.2(a)(3).  *See id.* at 3.  Accordingly, **the Clerk of Court** is **DIRECTED** to redact from the motion the full names of the minor children (Doc. No. 2, at 3).

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties